testimony of statements made by Adams impeaching this judg-
ment, were properly excluded.

3. The action was also to set aside a sale of land to S under
this judgment. *Held*, that S could testify as to communications
had by him with Adams, deceased, he occupying towards Adams
none of the prohibited relations. *Code*, § 400. But communi-
cations of Adams with plaintiff could not be proved by plaintiff.

Judgment of Norton, J., affirmed. OPINION by MR. CHIEF
JUSTICE SIMPSON, June 21, 1888. *Graydon & Graydon*, for
appellant. *Benet & Cason*, contra.

No. 2269. FANT *v.* BROWN, April Term, 1888. Plaintiff, a
married woman, executed her note and mortgage of land to defen-
dant. Defendant sold this land under a power contained in the
mortgage, and purchased this land. Thereupon plaintiff sought
in this action to vacate this sale. Upon testimony taken before
the Circuit Judge (Norton) in open court, he found that the note
was given by plaintiff in September, 1885, for the purchase of
two mules, bought by and for herself, and therefore that her note
and mortgage were valid. On appeal to this court, these find-
ings of fact and conclusons of law were approved and affirmed.
OPINION by MR. JUSTICE McGOWAN, July 5, 1888. *J. C.
Wallace*, for appellant. *D. A. Townsend*, contra.

No. 2298. MAY *v.* CAVENDER, April Term, 1888. Action
for specific performance of a parol contract for the purchase of
land. The Circuit Judge (Wallace) decreed as follows: "After
a careful consideration of the testimony in the case, I am satis-
fied that the plaintiff is not entitled to the relief demanded," and
he dismissed the complaint. Plaintiff appealed upon the grounds
(1)· that his honor failed to state his findings of fact and law; (2)
that he did not read the pleadings, the evidence, or the argu-
ments; (3) that his order was contrary to the law and evidence.
*Held:*

1. The rule requiring the court to make a statement of the
facts found and conclusions of law separately (*Code*, § 289), was
intended to prevent confusion and to promote clearness and con-
densation, and is undoubtedly salutary and should be followed;
still, the rule is not mandatory but directory merely, and the

failure of a Circuit Judge to comply with this requirement is not error in the judgment which may be reviewed upon appeal.

2. There is no evidence to sustain the charge of dereliction of duty on the part of the judge—a charge "which is inconsistent with his established character for official fidelity, and will therefore not be considered."

3. "The court cannot decree specific performance of a verbal agreement as to land without clear and satisfactory proof as to what that agreement was."

Judgment affirmed. OPINION by MR. JUSTICE McGOWAN, October 11, 1888. *John Bauskett*, for appellant. *Clark & Muller*, contra.